UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                          CHAPTER 13 CASE

Nancy D. Bruce                CASE NO. 08-33098

                                         ORDER
                 Debtor.
_____

This case is before the court on the motion of US Bank N.A. it seeking relief from the stay imposed pursuant to 11 U.S.C. § 362. Based on the file;

It is ordered:

1. The motion by movant is denied.

2. The debtor shall cure the post petition arrears in a total amount of $8,989.95 with the breakdown as follows:

         Payments January, 2011 to May, 2011 @ $1,508.93 = $7,544.65
         Late Charges = $241.44
         Property Inspections $400.00
         Attorney Fees and Costs = $821.00
          (Suspense)                             ($17.14)
          TOTAL:                              $8,989.95

3. The post petition arrears shall be cured by the payment in the amount of $8,989.95 received by the office of Wilford & Geske will be forwarded to the Movant and applied. This payment shall be in addition to the debtor's regular monthly mortgage payment.

4. The debtor shall continue to pay regular monthly payments on this account as and when such payments become due, commencing June 1, 2011.

5. The debtor shall also remain current with the trustee.

6. In the event the debtor does not comply with any of the above terms, the movant, its assigns or successors in interest, will be entitled to ex parte relief from the stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon the debtor and her attorney; and upon failure by the debtor to cure the same. If a default notice issues and the default is cured within the ten days allowed, the movant will be entitled to $75.00 as compensation

Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.

DATED: June 2, 2011

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/02/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk